# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MC ROBOTICS LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ECOVACS ROBOTICS, INC.,**<br><br>　　　　　Defendant. | Civil Action No. 2:17-cv-136-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Before the court is Plaintiff MC Robotics LLC ("Plaintiff") and Defendant Ecovacs Robotics, Inc. ("Defendant") (collectively, the "Parties"), Joint Motion to Dismiss Pursuant to Rule 41(a)(2).

The Court, having considered the Parties Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that all claims between Plaintiff and Defendant in this action are dismissed with prejudice.

**SIGNED this 11th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE